UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRUCE C. MCNEIL,

Plaintiff,

v.

Civil Action No.: 1:20-CV-00998

THE CITY OF BUFFALO, et al.,

**ORAL ARGUMENT REQUESTED**

Defendants.

---

**NOTICE OF MOTION TO COMPEL**

**NATURE OF ACTION**: Violation of Civil Rights.

**MOVING PARTY**: Plaintiff.

**DATE AND TIME**: To be determined by the Court.

**PLACE**: Hon. H. Kenneth Schroeder
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

**ORAL ARGUMENT**: Requested.

**SUPPORTING PAPERS**: Memorandum of law in support of Motion to Compel, Declaration of Alysha M. Naik, Esq., sworn to on April 28, 2024, and all supporting exhibits.

**ANSWERING PAPERS**: Opposing papers, if any, are required to be filed and served in accordance with Court order, or, in the absence of a Court order, within 14 days after service of this motion in accordance with Local Rule 7(b)(2)(B).

**REPLY PAPERS**: Plaintiff intends to submit reply papers.

**RELIEF REQUESTED**: An order compelling Defendants to produce supplemental responses to the delineated discovery demands within 30 days along with all responsive documents and information

and granting any other and further relief as this Court considers just and proper.

**GROUNDS FOR RELIEF**: Rules 26 and 37 of the Federal Rules of Civil Procedure; and case law cited in the attached Memorandum of Law.

Dated: April 28, 2024
Buffalo, New York

**RUPP PFALZGRAF LLC**
*Attorneys for Plaintiff*

By:__________________

R. Anthony Rupp III
Alysha M. Naik
Chad A. Davenport
424 Main Street
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400