# EXHIBIT I

**CONFIDENTIAL INFORMATION – DO NOT DISSEMINATE**

DISCIPLINARY CARD
CURRENT AS OF: March 18, 2024

NAME: GARRY, PATRICK S.
RANK: POLICE OFFICER
UNIT: C DISTRICT
DOA: 11/04/2016
RECEIVED DRUG TESTING POLICY:
RECEIVED RULES & REGULATIONS:
RECEIVED CONFINEMENT POLICY:
**SO 2016-426 APPROVED TO THE POSITION OF PERMANENT PROBATIONARY POLICE OFFICER AND IS ASSIGNED TO THE ACADEMY EFF., 11/04/16.**
**SO 2017-256 IS TRANSFERRED FROM THE ACADEMY TO THE C-DIST., EFF., 8/14/17.**
LAWSUIT:

| IAD # | DATE OPENED | COMPLAINT | DISPOSITION | LETTER TO COMPLAINANT |
|---|---|---|---|---|
| IC2018-014 | 1/18/2018 | PROCEDURES CITY INV. ACC. | 4/25/18, OTHER CHIEF CONF. TRAINING | |
| EC2018—005 | 1/16/2018 | CONDUCT | 3/14/18, OTHER DPC CONF. | Y |
| IC2018-098 | 6/10/2018 | CONDUCT/ OFF DUTY | NOT SUST 9/5/18 | |
| IC2018-107 | 7/17/2018 | PROCEDURES/ CITY INV. ACC. | DPC CONF.9/5/18 | |
| EF2019-009 | 4/10/2019 | USE OF FORCE – PHYSICAL | NOT SUSTAINED, 8/7/2019 | YES |
| EF2019-029 | 12/16/2019 | Use of Force/Physical | EXONERATED | YES |
| EC2019-047 | 12/31/2019 | CONDUCT | NOT SUSTAINED 9/30/2020 | YES |
| EC2020-019 | 04/20/2020 | CONDUCT | FORMAL HEARING REQUESTED ON 10/22/2020 | |
| EC2020-037 | 06/20/2020 | CONDUCT | FORMAL HEARING REQUESTED ON 10/22/2020 | |
| IC2020-073 | 09/01/2020 | PROCEDURES, PURSUIT POLICY | 10/21/2020, DPC CONFERENCE | |
| EC2020-050 | 10/14/2020 | USE OF FORCE – PHYSICAL | 11/18/2020; EXONERATED | |