UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRUCE C. MCNEIL,

           Plaintiff,

                                                  Civil Action No.: 1:20-cv-00998

THE CITY OF BUFFALO,

           Defendants.
_____

### NOTICE AND DECLARATION OF REMAINING COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.2(3) of the Western District of New York, Chad A. Davenport, Esq., formerly of Rupp Pfalzgraf LLC, herewith withdraws as counsel of record for Plaintiff Bruce McNeil.

### DECLARATION OF REMAINING COUNSEL

I, R. Anthony Rupp, III, Esq., of Rupp Pfalzgraf LLC, Buffalo, New York, declare:

1. I am counsel of record for Plaintiff Bruce McNeil in this action and remain affiliated with Rupp Pfalzgraf LLC.

2. Chad A. Davenport, Esq., has transitioned to Davenport Law PLLC and is no longer affiliated with Rupp Pfalzgraf LLC. Mr. Davenport should be removed from the docket as counsel of record for Plaintiff at this time. His withdrawal will not delay these proceedings or prejudice the client, as Rupp Pfalzgraf LLC will continue to represent Plaintiff.

3. I will continue as counsel of record for Plaintiff and will accept service of all future papers in this matter.

4. No trial or hearing dates will be impacted by this withdrawal.

**WHEREFORE**, Chad A. Davenport, Esq. is respectfully withdrawn as counsel, and R. Anthony Rupp III, Esq. will remain as counsel of record for Plaintiff.

Dated: August 14, 2025
    Buffalo, New York

                      **RUPP PFALZGRAF LLC**
                      *Attorneys for Plaintiff*

                      By: _____*s/R. Anthony Rupp III*_____
                            R. Anthony Rupp III, Esq.
                            424 Main Street, 1600 Liberty Building
                            Buffalo, New York 14202
                            (716) 854-3400
                            Rupp@RuppPfalzgraf.com