UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRUCE C. MCNEIL,

                Plaintiff,

    vs.                                    Docket No.: 1:20-CV-00998

CITY OF BUFFALO, et al

                Defendants.
_____

## **NOTICE OF APPEARANCE**

You are hereby requested to enter my appearance as counsel for the plaintiff, Bruce C. McNeil, Individually and on behalf of all others similarly situated, in the above matter.

Dated: October 16, 2025
       Buffalo, New York

                                      **RUPP PFALZGRAF LLC**
                                      *Attorneys for Plaintiff Bruce C. McNeil*

                                        By: _____
                                             Jonathan P. Cantil, Esq.
                                             1600 Liberty Building
                                             Buffalo, New York 14202
                                             (716) 854-3400
                                             cantil@rupppfalzgraf.com