Rupp Pfalzgraf LLC
People at law®

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ‹ www.RuppPfalzgraf.com

**R. ANTHONY RUPP III**
rupp@RuppPfalzgraf.com

July 20, 2026

**VIA ECF/PACER FILING ONLY**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
United States District Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge Schroeder:

Re: McNeil v. The City of Buffalo, et al.,
Case No. 1:20-cv-00998-LJV-HKS
Our File No.: 5324.27481

I am pleased to report that, at long last, this matter has settled. This office received confirmation from the City of Buffalo of the settlement on May 20, 2026. The first installment of the settlement proceeds has since been received, and Mr. McNeil has executed a General Release in favor of the City of Buffalo and the individual defendants in exchange for that payment.

In light of these developments, the parties are now in a position to conclude this action, and I anticipate submitting a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) shortly.

Thank you very much for the Court's assistance and patience in bringing this matter to a resolution.

Respectfully submitted,

R. Anthony Rupp III

R. Anthony Rupp, III

cc: Robert E. Quinn, Esq. (via ECF)