Rupp Pfalzgraf LLC
People at law®

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 www.RuppPfalzgraf.com

R. ANTHONY RUPP III
rupp@RuppPfalzgraf.com

August 25, 2026

**VIA ECF ONLY**

Hon. Lawrence J. Vilardo
United States District Judge
United States District Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo:

Re: McNeil v. The City of Buffalo, et al., Case No. 1:20-cv-00998-LJV-HKS
Our File No.: 5324.27481

Thank you very much for the Court's patience and assistance in this matter. As previously reported to the Court, this case has settled.

The settlement calls for two equal payments of $350,000 each. The first payment has been received. The second payment is not due, and will not be received, until July 2027, unless the City of Buffalo elects to make that payment early. The parties have discussed the possibility of early payment, but at this time it does not appear likely to occur before the payment's due date.

This timing creates a practical problem with respect to the Court's July 24, 2026 Text Order (Doc. 65), which directs the parties to file a stipulation of dismissal, a status update, or a motion for an extension of time. If the parties were to file a stipulation of dismissal at this time, and any difficulty or delay were later to arise with respect to the second payment, the action would already have been dismissed, and the parties would have no written settlement agreement on file with the Court that could be enforced through this action.

In light of this concern, we respectfully seek the Court's guidance. Specifically, we request that the parties not be required to file a stipulation of dismissal at this time, and that the case instead be stayed until the second settlement payment has been received.

Thank you again for the Court's continued patience and assistance in bringing this matter to a close.

Respectfully submitted,

R. Anthony Rupp, III

cc: Robert E. Quinn, Esq. (via ECF)